IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CB3005 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY C. COGGINS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A joint motion to continue trial, (filing no.7) has been filed because counsel needs more time to discuss the issues of this case.  The Court finds that the joint motion will be granted.

IT IS ORDERED:

1)      The joint motion to continue (filing no. 7) is granted.

2)      The non-jury trial of this case is set to commence on December 16, 2010 at 1:00 p.m., in courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska before Magistrate Judge Cheryl R. Zwart.

3)      Based upon the showing set forth in the joint motion and the representations of the counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial.  Accordingly, the time between today's date and December 16, 2010, shall be excluded for speedy trial calculation purposes.   18 U.S.C. § 3161(h)(7).

Dated this 15th day of October, 2010.          BY THE COURT:

                                                                                    s/ Cheryl R. Zwart
                                                                                    United States Magistrate Judge